IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01102-WDM-MEH

EURENE QUINTANA,

     Plaintiff,

v.

CHUCK CONNER,

     Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     The government having filed a second motion to dismiss, doc. no. 18 is moot.

Dated:  January 29, 2008

                     s/ Jane Trexler, Judicial Assistant