IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01102-WDM-MEH

EUGENE QUINTANA,

    Plaintiff,

v.

CHUCK CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2008.**

    Plaintiff's Motion to Compel Responses/Production and Sanctions [filed April 17, 2008; doc #43] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 37.1.