IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01102-WDM-MEH

EUGENE QUINTANA,

    Plaintiff,

v.

CHUCK CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2008.**

    For good cause shown, Defendant's Unopposed Motion to Modify Scheduling Order [filed April 18, 2008; doc #45] is **granted**. The parties shall file dispositive motions in this matter on or before May 30, 2008.