IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01102-WDM-MEH

EUGENE QUINTANA,

    Plaintiff,

v.

CHUCK CONNOR, in his official capacity as Acting Secretary of the United States Department of Agriculture,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION TO COMPEL RESPONSES/PRODUCTION AND SANCTIONS

Plaintiff has filed a Motion to Compel Responses/Production and Sanctions (docket #50). A response has been filed. A reply would not materially assist the Court in adjudicating the Motion based on the representations in the response.[1] For the reasons stated below, the Court **denies** the Motion to Compel subject to leave for Plaintiff to conduct a Rule 30(b)(6) deposition.

**I.      Facts**

Plaintiff alleges that he was employed by Defendant and suffered illegal race (Hispanic) discrimination when the Defendant did not issue him a blasting certificate in May 2002. Plaintiff moves for more complete disclosure in response to four requests for production of documents. Defendant contends in his reply that despite asserting certain objections to the four requests, *all* responsive documents have been produced.

**II.     Discussion**

The Court will accept the Defendant's representation, signed by an officer of the court, that

---

[1] Pursuant to D.C.Colo.L.Civ.R. 7.1.C, the Court may rule "on a motion at any time after it is filed."

all responsive documents have been produced. However, in the interest of full disclosure, the Court will grant Plaintiff leave to conduct one two-hour Rule 30(b)(6) deposition of a representative of Defendant who is familiar with the requested documents allegedly in Defendant's possession. Such deposition, if Plaintiff chooses to pursue it, should be conducted by June 13, 2008. Thereafter, if Plaintiff has a good-faith basis for believing that Defendant's representations in his Reply are incorrect, he can file an appropriate motion.

**III.    Conclusion**

Accordingly, for the reasons stated above, it is hereby **ORDERED** that the Plaintiff's Motion to Compel [filed May 5, 2008; docket #50] is **denied** as directed herein. All requests for sanctions are denied.

Dated at Denver, Colorado, this 30th day of May, 2008.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge