IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01102-WDM-MEH

EURENE QUINTANA,

    Plaintiff,

v.

CHUCK CONNER,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion for summary judgment (doc. no.54) is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures 6.3.

Dated: June 3, 2008

                                              s/ Jane Trexler, Judicial Assistant